934 A.2d 690

**COMMONWEALTH of Pennsylvania, Respondent**

**v.**

**Edward BENNETT, Petitioner.**

**No. 136 EM 2007.**

Supreme Court of Pennsylvania.

Oct. 17, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 17th day of October, 2007, the Application for Extension of Time to File Appeal, treated as a Petition for Relief, is denied.